BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VICTORIA MILLS, individually,

Plaintiff,

vs.

ALBERTSON'S LLC, a Foreign Limited-Liability Company; DOE EMPLOYEE, DOE DEFENDANT 1-10, inclusive; ROE CORPORATION 1 – 10 inclusive.

Defendants.

CASE NO.: 2:23-cv-01952-RFB-MDC

**STIPULATION AND ORDER TO DISMISS DEFENDANT, ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, VICTORIA MILLS, by and through CLARK SEEGMILLER, ESQ., of RICHARD HARRIS LAW FIRM as follows:

/ / /

/ / /

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

That Defendant, ALBERTSON'S, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 4th day of November, 2025.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr. Esq.*

______________________________
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

DATED this 4th day of November, 2025.

**RICHARD HARRIS LAW FIRM**

*/s/ Clark Seegmiller, Esq.*

______________________________
**CLARK SEEGMILLER, ESQ.**
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff,*
*VICTORIA MILLS*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

***Victoria Mills v. Albertson's LLC***
***Case No.: 2:23-cv-01952-RFB-MDC***

**IT IS SO ORDERED** that Defendant, ALBERTSON'S, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

**DATED**: November 10, 2025.

**RICHARD F. BOULWARE, II**
**U.S. DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*